UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CR-00189-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RYAN PAL CAUTHEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Amend the Amendment 821 Reduction Order (Doc. No. 24). For the reasons stated in the motion, it is GRANTED. The Court finds the inclusion of "plus 10 days" to the time-served sentence is in fact a clerical error and is unnecessary due to the delayed effective date included under Amendment 821. Accordingly, as is necessary to avoid any prejudice to Defendant, the Court hereby GRANTS this motion and amends the 821 Reduction Order to reflect a reduced sentence of "time served".

**IT IS SO ORDERED.**

Signed: December 11, 2023

Frank D. Whitney
United States District Judge

1